Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
nhenderson@gerrard-cox.com
GERRARD COX LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
Phone: (702) 796-4000
*Attorneys for Freedom Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES S. KENT, as Trustee of the 6221 RED PINE TRUST, a Nevada Trust; JAMES B.C. NELSON, an Individual; TORREY PINES ESTATES HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; Nevada DOE DEFENDANTS I through X; ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:19-cv-1411-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS TORREY PINES ESTATES HOMEOWNERS ASSOCIATION** |

Plaintiff, FREEDOM MORTGAGE CORPORATION ("Freedom"), by and through its attorneys of record, the law firm of Gerrard Cox Larsen and Defendant TORREY PINES ESTATES HOMEOWNERS ASSOCIATION ("Torrey Pines"), by and through its counsel of record, Maddox, Isaacson & Cisneros, LLP hereby agree and stipulate as follows:

**IT IS HEREBY STIPULATED** that Defendant Torrey Pines is dismissed with prejudice as to all claims made by Plaintiff Freedom.

**IT IS FURTHER STIPULATED** that Defendant Torrey Pines disclaims any claim or interest in that certain real property located at 6221 Red Pine Ct., Las Vegas, Nevada 89130 APN No. 125-26-111-028 ("Property").

**IT IS FURTHER STIPULATED** that Torrey Pines shall maintain any and all rights to enforce the governing documents (Declaration, Bylaws, Rules & Regulations, etc.), and provisions of Nevada law against the home. This would include, but is not limited to, architectural

enforcement, the collection of assessments and foreclosure for any future nonpayment of assessments.

**IT IS FURTHER STIPULATED** that any Subpoenas for the production of documents and/or deposition of witnesses which is directed to Torrey Pines in this litigation may be served by delivering a copy to Maddox, Isaacson & Cisneros, LLP without need for a process server.

**IT IS FURTHER STIPULATED** that Torrey Pines and Freedom will bear their own attorneys' fees and costs in conjunction with the above-referenced litigation

**IT IS SO STIPULATED.**

Dated this 4th day of October, 2019.

**GERRARD COX LARSEN**

Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
2450 St. Rose Pkwy., Ste. 200
Henderson, NV 89074
*Attorneys for Freedom Mortgage Corporation*

Dated this 11th day of October, 2019.

**MADDOX, ISAACSON & CISNEROS, LLP**

Troy L. Isaacson, Esq.
Nevada Bar No. 6690
11920 Southern Highlands Pkwy., Ste. 100
Las Vegas, NV 89141
*Attorneys for Torrey Pines Estates Homeowners Association*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: October 15, 2019.

Respectfully submitted by:

**GERRARD COX LARSEN**

Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
2450 Saint Rose Pkwy., Suite 200
Henderson, Nevada 89074
*Attorneys for Plaintiff Nationstar Mortgage*