PATRICK McKNIGHT, ESQ.
Nevada State Bar 4120
7473 W Lake Mead, Suite 100
Las Vegas, NV 89128
Telephone: (702) 822-6800

JAMES S. KENT, ESQ.
Nevada State Bar No. 5034
9480 S. Eastern Ave. Suite 228
Las Vegas, NV 89123
Telephone: (702) 385-1100
Attorneys for Red Pine Trust and
James Nelson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION | |
| Plaintiff, | CASE NO.: 2:19-cv-01411-APG-DJA |
| -vs- | |
| JAMES S. KENT, as Trustee of the 6221 Red Pine Trust, et al | **ORDER** |
| Defendants. | |

**STIPULATION TO EXTEND DEFENDANTS' TIME TO REPLY TO PLAINTIFF'S RESPONSES (ECF 21 AND ECF 21) TO DEFENDANTS' MOTIONS TO DISMISS (ECF 10 AND ECF 11) BY NOT MORE THAN 30 DAYS**

**(FIRST REQUEST)**

COME NOW, Defendants JAMES S. KENT, as Trustee of the 6221 RED PINE TRUST, and JAMES B.C. NELSON, by and through their attorneys, Patrick K. McKnight, Esq., and James S. Kent, Esq., and Plaintiff FREEDOM MORTGAGE CORPORATION, by and through its attorneys Douglas D. Gerrard, Esq., and Nathan R. Henderson, Esq., and stipulate:

1

WHEREAS both counsel for these Defendants are out of state for several days preceding the current Reply due date of October 28, 2019 (as there is a Nevada state holiday during this time period); and

WHEREAS one of Defendants' counsel also has a medical procedure planned during this time; and

WHEREAS Defendants will be unable to meet the current deadline of October 28, 2019; and

WHEREAS both Defendants' and Plaintiff's counsel have discussed this request and agree that a one-week extension will not prejudice any party, and that this is the aforementioned Defendants' first request for an extension of time to file these Replies,

THEREFORE, the parties agree that Defendants' Replies to Plaintiff's Responses (ECF 21 and 22) to Defendants' Motions to Dismiss (ECF 10 and 11) will be filed and served no later than Monday, November 2, 2019.

IT IS SO STIPULATED.

DATED this 23rd day of October, 2019.          DATED this 23rd day of October, 2019.

JAMES S. KENT, LTD                              GERRARD COX LARSEN

                                                #13195

James S. Kent, Esq.                             Douglas D. Gerrard, Esq.
Nevada Bar No.: 5034                            Nevada Bar No. 4613
9480 S. Eastern Ave., Suite 228                 2450 St. Rose Parkway, Suite 200
Las Vegas, Nevada 89123                         Henderson, Nevada 89074
(702) 385-1100                                  Phone: (702) 796-4000
jamie@jamiekent.org                             dgerrard@gerrard-cox.com
Attorney for Defendants Red Pine Trust          Attorney for Plaintiff
and James Nelson

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED Defendants Red Pine Trust's and James Nelson's Replies to Plaintiff's Responses (ECF 21 and 22) to Defendants' Motions to Dismiss (ECF 10 and 11) will be filed and served no later than Monday, November 2, 2019

Dated: October 24, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE