# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FREEDOM MORTGAGE CORPORATION    )
    )
               Plaintiff,    )
    )    CASE NO.:   2:19-CV-1411
-vs-    )
    )
JAMES S. KENT, as Trustee of the 6221 Red Pine  )
Trust, et al    )
              Defendants.    )
_____  )

## ORDER

This parties having stipulated, good cause having been found, the court having considered the matters presented thereto and the argument set forth by Defendant, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the case is stayed until May 20, 2021 with the following new deadlines:

Parties to file either a dismissal of the case or, if settlement not reached, a Joint Proposed Discovery Plan and Scheduling order by:        May 20, 2021

If the case is not dismissed, Defendants' time to file a Notice of Appeal for the denial of the anti-SLAPP Motion is extended to:        May 30, 2021

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED: ___April 12, 2021___

3