UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FREEDOM MORTGAGE CORPORATION )
                              )
           Plaintiff,         )    CASE NO.:   2:19-CV-1411
                              )
-vs-                          )
                              )
JAMES S. KENT, as Trustee of the 6221 Red Pine )
Trust, et al                  )
           Defendants.        )
                              )

**PROPOSED ORDER**

This parties having stipulated, good cause having been found, the court having considered the matters presented thereto and the argument set forth by Defendant, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the case and all deadlines for appeal are stayed until June 4, 2021.

The Parties are to file either a dismissal of the case by June 4, 2021 or a Joint Status Report on the case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2021