PATRICK McKNIGHT, ESQ.
Nevada State Bar 4120
7473 W Lake Mead, Suite 100
Las Vegas, NV 89128
Telephone: (702) 822-6800

JAMES S. KENT, ESQ.
Nevada State Bar No. 5034
9480 S. Eastern Ave. Suite 228
Las Vegas, NV 89123
Telephone: (702) 385-1100
Attorneys for Red Pine Trust and
James Nelson

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FREEDOM MORTGAGE CORPORATION )
)
        Plaintiff, )
)   CASE NO.:   2:19-CV-1411
)
-vs- )
)
JAMES S. KENT, as Trustee of the 6221 Red Pine )
Trust, et al )
        Defendants. )
)

## JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

The Parties, by and through their respective counsel, hereby stipulate to dismiss the above action with prejudice.

/s/ James S. Kent                           /s/ Douglas Gerrard
JAMES S. KENT, ESQ.                  NATHAN HENDERSON, ESQ.
Nevada Bar 5034                             Nevada Bar 13145
9480 S. Eastern Ave. Suite 228           2450 St. Rose Pkwy, Ste. 200
Las Vegas, NV 89123                      Henderson, NV 89074
Telephone: (702) 385-1100               Attorney for Freedom Mortgage Company
Attorneys for Red Pine Trust and
James Nelson

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FREEDOM MORTGAGE CORPORATION )
)
      Plaintiff, )
) CASE NO.: 2:19-CV-1411
-vs- )
)
JAMES S. KENT, as Trustee of the 6221 Red Pine )
Trust, et al )
      Defendants. )
)

## ~~PROPOSED~~ ORDER

This parties having stipulated, good cause having been found, the court having considered the matters presented thereto and the argument set forth by Defendant, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed with prejudice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2021